| AUSA: | Zachary A. Zurek | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Richard Cousins | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Frank Levell BROCK, Jr.

Case No.

Case: 2:24−mj−30117
Assigned To : Unassigned
Assign. Date : 3/29/2024
Description: SEALED MATTER (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 19, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Richard Cousins - ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 29, 2024

_Judge's signature_

City and state: Detroit, Michigan

Honorable Anthony P. Patti, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Richard Cousins, being first duly sworn, hereby state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have been an ATF Special Agent since April 2023, and I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. Prior to becoming an ATF Special Agent, I was a U.S. Customs and Border Protection Officer with United States Customs and Border Protection, for approximately three years. I also have a bachelor's degree in political science.

3. I am working in conjunction with several agents who have extensive experience in criminal investigations, including investigations involving firearms, armed drug trafficking, and criminal street gangs. As law enforcement officers, they have utilized a variety of investigative techniques and resources, including physical and electronic surveillance, undercover, and various types of informants, and cooperating sources.

1

4. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

5. ATF is currently conducting a criminal investigation concerning Frank Levell BROCK JR (B/M; DOB: XX/XX/1979) for violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

## PROBABLE CAUSE

6. I reviewed a computerized criminal history for BROCK, which revealed the following felony arrests and convictions.

   a. In 2003, BROCK was charged with Felony Assault with Intent to do Great Bodily Harm less than Murder in Third Circuit Court, Case No. 03-002746-01-FH. On April 17, 2003, BROCK pleaded guilty to the offense of Felony Assault with Dangerous Weapon.

   b. In 2018, BROCK was charged with Felony Dangerous Drugs and Felony Weapons Offense in Third Circuit Court, Case No. 18-003614-01-FH. On August 06, 2018, BROCK pleaded guilty to the offense of Felony Controlled Substance-Delivery/Manufacture (Cocaine, Heroin or Another Narcotic) Less than 50 Grams.

7. On March 19, 2024, officers with the Detroit Police Department (DPD) were on patrol in the area of West McNichols and Meyers in Detroit, MI (Eastern District of Michigan). Officers observed BROCK near the road drying off a vehicle. While BROCK was drying off a vehicle, his shirt was partially lifted allowing officers to observe the butt and magazine of a firearm on BROCK's right hip. Officers pulled into the parking lot and asked BROCK if he had a concealed pistol license (CPL). BROCK advised the officers that he did not have a CPL. Officers approached BROCK and removed a Ruger 9mm caliber pistol from his right hip.

8. DPD officers obtained BROCK's Michigan Identification Card and performed a Law Enforcement Information Network (LEIN) check. Through LEIN, DPD officers learned that BROCK did not have a CPL issued to him. additionally, LEIN search of the Ruger 9mm caliber pistol revealed that it was reported stolen to Inkster Police Department.

9. BROCK was arrested by the Detroit Police Department for Carrying a Concealed Pistol without a license and conveyed to the Detroit Detention Center for processing.

10. An interstate nexus expert with ATF was contacted. Without physically reviewing the firearm, the nexus expert concluded that the Ruger 9mm caliber pistol was manufactured outside the state of Michigan.

3

## **CONCLUSION**

11.   Based upon the facts stated herein, there is probable cause to believe BROCK, a convicted felon aware of his felony convictions, did possess a Ruger 9mm caliber pistol, said firearm having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1)(Felon in Possession of a firearm).  Said violation occurring on or about March 19, 2024, in the city of Detroit, in the County of Wayne, in the Eastern Judicial District of Michigan.

Respectfully submitted,

_____
Richard Cousins, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosivds

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge


Dated:   March 29, 2024

4